Thursday, December 6, 1990

## MISCELLANEOUS DISMISSALS

**89-1623.** Industrial Elec. Consumers of the Ohio Power Co. v. Pub. Util. Comm. Public Utilities Commission, No. 89-01-EL-EFC. Cause dismissed, on appellant's application to dismiss, effective December 4, 1990.

**90-724.** Industrial Elec. Consumers of the Ohio Power Co. v. Pub. Util. Comm. Public Utilities Commission, No. 89-101-EL-EFC. Cause dismissed, on appellant's application to dismiss, effective December 4, 1990.

**90-2188.** Miller v. Howard. *Lorain County*, No. 89CA004730. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Lorain County to certify its record and was considered in a manner prescribed by law. On application of appellees, this cause is hereby dismissed for lack of prosecution pursuant to Section 1, Rule II of the Supreme Court Rules of Practice, effective December 4, 1990.

Wednesday, December 12, 1990

## MOTION DOCKET

**88-1666.** State v. Powell. *Hamilton County*, No. C-870091. UPON CONSIDERATION of the motion filed by counsel for appellant to stay the execution of sentence in the above-styled cause pending the exhaustion of state post-conviction remedies, IT IS ORDERED by the court that said motion be, and the same is hereby, granted, effective December 6, 1990.

IT IS FURTHER ORDERED by the court that said stay is granted for a period of six months to allow appellant an opportunity to file a petition for post-conviction relief. Absent such a filing within said time period, this stay will expire, and no further time will be granted except in unusual circumstances.

IT IS FURTHER ORDERED by the court that if a petition for post-conviction relief has been filed within the time allotted, a date-stamped copy of such petition shall be filed by appellant with the Clerk of this court, and this stay shall remain in effect until exhaustion of all state post-conviction proceedings, including any appeals.

IT IS FURTHER ORDERED by the court that the compliance with the mandate and execution of sentence be, and the same are hereby, stayed for a period of six months or, if a petition for post-conviction relief is filed within that time period, pending the exhaustion of all proceedings for post-conviction relief before courts of this state.

## JURISDICTIONAL MOTIONS ALLOWED

**90-1527.** Buckeye Fed. S. & L. Assn. v. Guirlinger. *Franklin County*, No. 89AP-1322.

Sweeney, Douglas and H. Brown, JJ., dissent.

Raymond E. Shannon, J., of the First Appellate District, sitting for Resnick, J.

Wednesday, December 19, 1990

## MERIT DOCKET

**90-1628.** State v. White. *Athens County*, No. 1441. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-1948.** State, ex rel. Bunn, v. Bedford Mun. Court. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-1950.** State, ex rel. Heredia, v. Cuyahoga Cty. Court of Common Pleas. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright, H. Brown and Resnick, JJ., concur.

**90-1991.** State, ex rel. Perkins, v. Buckeye Fed. S. & L. Assn. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Holmes, Douglas, Wright and Resnick, JJ., concur.

H. Brown, J., not participating.

**90-1999.** State, ex rel. Johnson, v. O'Donnell. In Mandamus. On motion to dismiss.